An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CSA DEVELOPMENT, LLC,<br>Appellant,<br>vs.<br>PATRICK BRYANT; AND ELEANOR C. BRYANT, INDIVIDUALLY AND AS TRUSTEES OF THE BRYANT 2014 TRUST DATED 12/14/14,<br>Respondents. | No. 68444 |

**FILED**

**NOV 1 9 2015**

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

| | |
|---|---|
| CSA DEVELOPMENT, LLC,<br>Appellant,<br>vs.<br>PATRICK BRYANT; ELEANOR C. BRYANT, INDIVIDUALLY AND AS TRUSTEES OF THE BRYANT 2014 TRUST DATED 12/14/14,<br>Respondents. | No. 68836 |

| | |
|---|---|
| CSA DEVELOPMENT, LLC,<br>Appellant,<br>vs.<br>PATRICK BRYANT; ELEANOR C. BRYANT, INDIVIDUALLY AND AS TRUSTEES OF THE BRYANT 2014 TRUST DATED 12/14/14,<br>Respondents. | No. 68883 |

## ORDER

Docket No. 68444 is an appeal from an order granting summary judgment. Docket No. 68836 is an appeal from the district court's order denying a motion to retax costs. Docket No. 68883 is an appeal from the district court's order awarding attorney fees. Appellant has filed a motion to consolidate these three appeals because they arise from the same district court litigation. Respondents filed oppositions to the motion to consolidate and motions to dismiss Docket Nos. 68836 and 68883 as untimely. Appellant concedes that the appeal in Docket No.

15-35419

68836 is untimely. Having considered the motions and the arguments of the parties, we dismiss Docket No. 68836. The notice of appeal was untimely filed, over 30 days after service of written notice of entry of the district court's order. *See* NRAP 26(c) (allowing 3 additional days unless the party being served is a registered user of the electronic filing system). We deny the motion to dismiss Docket No. 68883, as the notice of appeal was timely filed.

Because they arise from the same district court case, and in the interests of judicial efficiency, we grant the motion to consolidate Docket No. 68444 and Docket No. 68883 for all appellate purposes. Appellant's opening brief and appendix shall be due January 28, 2016. Thereafter, briefing shall proceed in accordance with NRAP 31(a)(1).

Having considered the motion, opposition, and reply, we grant appellant's motion for an extension of time to file the certificate of no transcript request in Docket No. 68883. The clerk of this court shall detach the certificate attached as Exhibit 2 to the motion and file it separately in this appeal.

It is so ORDERED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc: Hon. Ronald J. Israel, District Judge
Benjamin B. Childs
Lagomarsino Law
Peters and Associates, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A